

FILED

DEC 0 3 2018

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEBORAH DIANE FLETCHER,          )
                                 )
   Plaintiff,     )
                                 )
   v.              )  Civil Action No.: 1:18-cv-02460 (UNA)
                                 )
CECIEL GREEN,                    )
                                 )
   Defendant.       )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that plaintiff's application to proceed *in forma pauperis* [2] is **GRANTED**,

and it is

**FURTHER ORDERED** that the complaint [1] and this civil action are **DISMISSED**

without prejudice, and it is

**FURTHER ORDERED** that the motion for restraining order [3] is **DENIED** as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

_____
United States District Judge

Date: November **3** , 2018